RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481
Fax: (202) 307-0054
Email: henry.c.darmstadter@usdoj.gov

*Attorneys for the United States of America*

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
*Of Counsel*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> M. DIANE HUTTON-POTTS, SURVIVING TRUSTEE OF THE HUTTON-POTTS FAMILY TRUST DATED SEPTEMBER 25, 1989; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; DEPARTMENT OF TREASURY-INTERNAL REVENEU SERVICE, <br><br> Defendants. | Civil No.: 3:17-cv-00684-MMD-WGC <br><br> **JOINT MOTION FOR FORTY-FIVE DAY EXTENSION FOR UNITED STATES (IRS) TO RESPOND TO COMPLAINT** <br><br> FIRST REQUEST <br> LR IA 6-1, 6-2 and 7-1 <br><br> (Removed from the District Court for the State of Nevada, Douglas County, Case No. 17-cv-0243) |

COMES now Plaintiff, Bank of America, N.A. and Defendant, United States of America, on behalf of the Internal Revenue Service, an agency of the Department of Treasury, by and through their undersigned counsel, and submit a Joint Motion to extend the time in which the United States has to

1

respond to the Complaint for a period of forty-five (45) days until February 8, 2018 and to continue the filing of the Joint Status Report until February 28, 2018:

1. On October 20, 2017, the Bank of America, N.A. filed a civil action in the Douglas County District Court against M. Diane Hutton-Potts, surviving trustee of the Hutton-Potts Family Trust Dated September 25, 1989 ("Hutton-Potts"), the Secretary of Housing and Urban Development ("HUD"), and the Department of Treasury-Internal Revenue Service ("IRS"). The Plaintiff seeks to reform a deed of trust on real property in Douglas County due to an error in the legal description of the property as described in more detail in the Complaint. The Plaintiff also seeks declaratory relief that its deed of trust has priority over the interests of the other defendants, including the subject federal tax liens.

2. The United States Attorney for the District of Nevada was served with a copy of the Summons and Complaint in the state court action on or about October 26, 2017.

3. Defendant Hutton-Potts was served with a copy of the Summons and Complaint in the state court action on or about October 30, 2017.

4. On November 20, 2017, the United States on behalf of the IRS, filed a Notice of Removal in the United States District Court for the District of Nevada (ECF No. 1).

5. On December 7, 2017, Defendant HUD filed a Notice of Disclaimer of Interest (ECF No. 5).

6. To date, Defendant Hutton-Potts has not responded to the Complaint or otherwise entered an appearance in either the State Court or District Court proceedings.

7. The United States' response to the Complaint is currently due by December 26, 2017. The Court has ordered that a Joint Status Report is due by December 21, 2017.

8. By this Joint Motion, the parties seek a forty-five day extension until February 8, 2018 in which the United States has to respond to the Complaint and until February 28, 2018 in which the parties have to file the Joint Status Report.

8. The additional time will allow the parties to consider the relative priorities of the deed of trust and the tax liens and potentially enter into a stipulation minimizing the issues in dispute. The extent to which the Plaintiff made disbursements on the loan secured by the deed of trust prior to the filing of the notice of federal tax lien is not clear at this time.

DATED: December 19, 2017

/s/Henry C. Darmstadter
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6481

*Of Counsel*
STEVEN W. MYHRE
Acting United States Attorney

Attorneys for the United States

DATED: December 19, 2017

/s/ Kristan Lehtinen
KRISTAN LEHTINEN, ESQ.
Fidelity National Law Group
8363 W. Sunset Road, Ste 120
Las Vegas, NV 89113
702-667-3000

Attorneys for Plaintiff

IT IS SO ORDERED:

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 27, 2017.